IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRAMAR RAMOS GARCIA,<br><br>　　　　Defendant. | Case No.: CR 24–0311 JD<br><br>**STIPULATION AND [PROPOSED]　ORDER CONTINUING PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

## STIPULATION AND PROPOSED ORDER

　　The parties in the above-captioned matter are currently set for a change of plea hearing on January 6, 2025. It had been the intention of Defendant Ramos Garcia to enter an open plea due to an inability to reach a plea agreement with the government. However, recent discussions between the parties have provided a reason to believe that such an agreement may be achievable after all in the next few weeks. Accordingly, the parties hereby stipulate and jointly request that the January 6 change of plea hearing be continued to February 3, 2025, at 10:30 a.m., or as soon thereafter is available for the Court. The parties further stipulate and jointly request that the Court find that time is appropriately excludable through February 3, 2025, under the Speedy Trial Act, as the ends of justice are served by the continuance and outweigh the best interest of the public and the defendant in a speedy trial so that Mr. Ramos

Garcia can maintain continuity of counsel, as counsel will be in a month-long trial in San Jose starting January 9, 2025.  *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

| January 3, 2025 | ISMAIL RAMSEY |
| --- | --- |
| Dated | United States Attorney |
| | Northern District of California |

/S
DAN KARMEL
Assistant United States Attorney

| January 3, 2025 | JODI LINKER |
| --- | --- |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

| January 3, 2025 | |
| --- | --- |
| Dated | JAMES DONATO |
| | United States District Judge |