|   |   |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24–0311 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED]** ~~[PROPOSED]~~ **ORDER CONTINUING PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| FRAMAR RAMOS AGUILAR, | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**STIPULATION AND ~~PROPOSED~~ ORDER**

At the last court appearance in the above-captioned matter on February 3, 2025, a change of plea hearing was set for March 10, 2025. *See* Dkt. 92. The Court subsequently issued a Clerk's Notice continuing the change of plea hearing to April 14, 2025. *See* Dkt. 93. However, counsel for Defendant Framar Ramos Aguilar will be out of the country on that date. Accordingly, the parties hereby stipulate and jointly request that the April 14 change of plea hearing be continued to April 28, 2025, at 10:30 a.m., or as soon thereafter is available for the Court. The parties further stipulate and jointly request that the Court find that time is appropriately excludable through April 28, 2025, under the Speedy Trial Act, as the ends of justice are served by the continuance and outweigh the best interest of the public and the

defendant in a speedy trial so that Mr. Ramos Aguilar can maintain continuity of counsel. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

| March 20, 2025 | PATRICK ROBBINS |
| --- | --- |
| Dated | Acting United States Attorney |
| | Northern District of California |

/S
DAN KARMEL
Assistant United States Attorney

| March 20, 2025 | JODI LINKER |
| --- | --- |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

| April 4, 2025 | |
| --- | --- |
| Dated | JAMES DONATO |
| | United States District Judge |